Petition for Writ of Mandamus Denied and Memorandum Opinion filed May
17, 2006









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed May 17, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00444-CV

____________

 

IN RE LYNN LEVIT GOETZ, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M  O P I N I O N

On May 17, 2006, relator Lynn Levit Goetz filed a petition for writ of mandamus in this
Court.[1]  See Tex.
Gov=t Code Ann. '22.221 (Vernon 2004); see  also  Tex.
R. App. P. 52.1. 

Relator has failed to establish she is entitled to mandamus relief,
and accordingly, we deny relator=s petition for writ of mandamus.  

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed May 17, 2006.

Panel consists of
Justices Hudson, Fowler and Seymore.   











[1]Relator also filed a motion for emergency relief, which has
been denied.